RATHBUN *against* MARTIN.

*REPLEVIN* for books taken by the defendant from the possession of the plaintiff. The defendant avowed and justified the taking, as deputy marshal of the *United States,* acting under a certificate signed by the President of a Court Martial, for collecting a fine, " for having failed, neglected, and refused to rendezvous, and enter the service of the *United States,* as a soldier in the militia, in obedience to the orders of his Excellency, *Daniel D. Tompkins,* Governor of this state, on the requisition of the *United States.*" To this avowry, the plaintiff demurred specially, and assigned nineteen causes of demurrer; and the defendant joined in demurrer.

*A. Smith,* for the plaintiff.

*Shufeldt,* for the defendant.

PLATT, J. delivered the opinion of the Court. The questions presented on this demurrer, with two or three exceptions, are the same which arose in the case of *Mills* v. *Martin.* (19 *Johns. Rep.* 7.) In that case judgment was given against the defendant, after mature deliberation; and the principal objections to the avowry, on which our judgment rested, in that case, occur here again in their full force. Without entering the wide field of discussion, we think it sufficient to repeat here, that according to the Constitution and laws of the *United States,* a *soldier of the militia was not amenable to a Court Martial of the United States,* " for having failed, neglected, and refused to rendezvous, and enter into the service of the *United States,* in obedience to the orders of the Governor of this state, in compliance with the *requisition* of the President of the *United States.*" And we are also of opinion, that if such Court Martial had jurisdiction over such delinquent, the *requisition* of the President, and the *orders* of the Governor, are not set forth in

A soldier in the *militia* is not amenable to a Court Martial of the *United States,* for having " failed, neglected, and refused to rendezvous, and enter into the service of the *United States,* in obedience to the *orders* of the Governor of this state, in compliance with the *requisition* of the President of the *United States.*"

ALBANY,
January, 1823.

the avowry, with such *particularity* and *certainty*, as are re= quired by the rules of pleading.

There are other grounds of exception, which it is deemed unnecessary to advert to. For the reasons of this decision, we refer to the opinion expressed by the Court, in the case of *Mills* v. *Martin.* (19 *Johns. Rep.* 7.)

Judgment for the defendant.

N. B. In the cases of *Robert S. Livingston* against *Martin,* and of *J. F. Bartlett* against the same defendant, the like judgments were given.